**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**VICTOR LIVERMAN,**

**Plaintiff,**

**v.** **Civil Action No. 3:26CV540**

**A. CANADA, *et al.*,**

**Defendants.**

**MEMORANDUM OPINION**

On June 24, 2026, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on August 6, 2026, the Court directed Plaintiff to pay an initial partial filing fee of $32.15 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall issue.

Date: 9/17/24
Richmond, Virginia

/s/
M. Hannah Lauck
Chief United States District Judge